COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

SALOMON MIRANDA REYES, § 

No. 08-08-00014-CR

Appellant, §

Appeal from the

v. §

291st District Court

THE STATE OF TEXAS, §

of Dallas County, Texas

Appellee. §

(TC#F-06-38530-U)

§

## **MEMORANDUM OPINION**

Appellant waived trial by jury and entered an open plea of guilty before the court to the offense of aggravated sexual assault of a child under the age of fourteen. He was convicted, and the court assessed punishment at imprisonment for life, and a fine of $5,000. We affirm.

Appellant's court-appointed counsel has filed a brief in which she has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of counsel's brief has been delivered to Appellant, and Appellant has been advised of his right to examine the appellate record and file a pro se brief. No pro se brief has been filed.

The record reflects that Appellant was admonished of the consequences of his plea pursuant to TEX. CODE CRIM. PROC. ANN. art. 26.13, and Appellant made a judicial confession admitting his

guilt.

The Court of Criminal Appeals directs that we not address the merits of issues raised in *Anders* briefs or pro se responses. *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We may only determine (1) that the appeal is wholly frivolous and issue an opinion explaining that we have reviewed the record and find no reversible error; or (2) that arguable grounds for appeal exist and remand the cause to the trial court so that new counsel may be appointed to brief the issues. *Id*. We have carefully reviewed the record and counsel's brief and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal.

The judgment is affirmed.

KENNETH R. CARR, Justice

October 23, 2008

Before Chew, C.J., McClure, and Carr, JJ.

(Do Not Publish)